30 DEC 2014

RESPECTFULLY,

COURT OF CRIMINAL APPEALS.

I WOULD LIKE TO FILE A PETITION FOR DISCRETIONARY REVIEW TO REVIEW THE COURT OF APPEALS DECISION OF CASE NO. 07-14-00162-CR WILLIAM D. STANLEY, APPELLANT VS THE STATE OF TEXAS, APPELLEE. APEAL IN THE TRIAL COURT CASE NUMBER 8249, IN THE 31ST DISTRICT COURT OF GRAY COUNTY, TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 05 2015
Abel Acosta, Clerk

WILLIAM D. STANLEY   01922549
CASE NO. 07-14-00162-CR
TRIAL COURT CASE NO. 8249
SANCHEZ UNIT
3901 STATE JAIL RD.
ELPASO, TX 79938

FILED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk